ORIGINAL

Unsealed 6/5/08 KMF

**ORDERED SEALED BY COURT**

2008 JUN -4 AM 10: 31

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. **'08 MJ 1757** |
| Plaintiff, ) | |
| v. ) | **ORDER SEALING COMPLAINT AND ARREST WARRANTS** |
| ROLAND MONTEMAYOR, et al., ) | |
| Defendants. ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Complaint (along with the affidavit in support of the Complaint), arrest warrants for all of the named defendants, and this order, be sealed until further order of the Court.

DATED: JUN 4 2008.

HON. LEO S. PAPAS
United States Magistrate Judge

Presented by:

KAREN P. HEWITT
United States Attorney

MICHAEL J. CROWLEY
Assistant U.S. Attorney

SEALED by Order of
Magistrate Judge Leo S. Papas
Date JUN 4 2008

Leo S. Papas
U.S. Magistrate Judge