**ORDERED SEALED BY COURT** ~~(crossed out)~~

Unsealed 06-05-08

**ORIGINAL**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED 08 JUN 17 AM 8: 42
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# 1507210

UNITED STATES OF AMERICA,

V.

ROLAND MONTEMAYOR et al.,

**WARRANT FOR ARREST**

Magistrate Case No.

**'08 MJ 1757**

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED TO ARREST: ROLAND MONTEMAYOR, aka Rolo**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a

__ Indictment __ Information _X_ Complaint __ Order of court __ Violation Notice __ Probation Violation Petition

The complaint charges defendant ROLAND MONTEMAYOR, aka Rolo, with conspiracy to distribute methamphetamine and aiding and abetting in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and Title 18, United States Code, Section 2.

SEALED by Order of
Magistrate Judge Leo S. Papas
Date JUN 4 2008

Honorable Leo S. Papas
Name of Issuing Officer

Leo S. Papas
US Magistrate Judge

United States Magistrate Judge
Title of Issuing Officer

RECEIVED 2008 JUN -4 A 11: 13 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

_____
Signature of Issuing Officer

DATE 6/5/08 ARRESTED BY FBI-SD
STEVEN C. STAFFORD
ACTING U.S. MARSHAL S/CA
BY: M____

_____, 2008, San Diego, California
Date and Location

(By) Deputy Clerk

Bail Fixed at $ **To be set in Court**

by **LEO S. PAPAS**
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS II J'     FBI     (Dist of Meth) 3559