*unsealed 6/19/08* ajc

~~SEALED~~

2008 JUN 17 PM 4:39

'08 CR 2020 JM

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROLAND MONTEMAYOR, ET AL.,<br>　　aka Rolo<br><br>　　　　Defendant. | Criminal Case No. _____<br><br>NOTICE OF RELATED CASE |

TO THE CLERK OF THE COURT:

　　Please take notice that the above-entitled case is related to <u>United States of America v. Gustavo Rivera-Martinez, et al.</u>, Criminal Case No. 02CR0878-L.

　　DATED: June 17, 2008.

　　　　　　　　　　　　　　　KAREN P. HEWITT
　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　MICHAEL J. CROWLEY
　　　　　　　　　　　　　　　Assistant U.S. Attorney